IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO PENALOZA TORRES,<br><br>Defendant. | CIVIL ACTION FILE NO.<br>1:21-CR-409-2-TWT |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 79] of the Magistrate Judge recommending granting in part and denying in part the Defendant's Motion to Suppress [Doc. 66]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 66] is GRANTED to the extent that he seeks to suppress evidence of the two K-9 deployments that occurred during the unlawful investigatory detention at the park, and that the motion is DENIED to the extent that he seek any other relief.

SO ORDERED, this  27th  day of November, 2023.

_____
THOMAS W. THRASH, JR.
United States District Judge